```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
U.S.A.                          :       CRIMINAL ACTION
                                :
        v.                      :
                                :
MOHAMMAD HASSAN KHALID          :       NO. 11-420-2
```

**O R D E R**

AND NOW, this 3rd day of May, 2013, at the request of counsel, it is Ordered that the sentencing scheduled for May 9, 2013 at 2:00 pm is hereby **CANCELLED.**

ATTEST:                              or     BY THE COURT

BY:_____              S/Petrese B. Tucker
    Deputy Clerk                        **Petrese B. Tucker,   Chief J.**

Civ 12 (9/83)